# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

John Gunartt
      Plaintiff,

v.             Case No.: 1:06–cv–00273
               Honorable Matthew F. Kennelly

Fifth Third Bank
      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 15, 2006:

  MINUTE entry before Judge Matthew F. Kennelly :Set deadlines/hearing as to motion to dismiss[11] : Response due by 4/12/2006. Reply due by 4/21/2006. Ruling by mail. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.