## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOHN GUNARTT, | ) |
| | ) Case No. 06-cv-00273 |
| Appellant, | ) |
| | ) Honorable Judge Matthew F. Kennelly |
| vs. | ) Courtroom 2103 |
| | ) |
| FIFTH THIRD BANK, | ) |
| | ) |
| Appellee, | ) |

### NOTICE OF FILING

TO:    See Attached Service List

Please take notice that on the 4th day of April, 2006, Appelle, Fifth Third Bank, through its attorneys, Kamm & Shapiro, Ltd., have filed with the United States District Court, Northern District of Illinois, Eastern Division, its Response to Motion to Dismiss Current and Ongoing Proceedings of Fifth Third Bank, a copy of which is attached hereto.

FIFTH THIRD BANK

By: _____
Jerold J. Shapiro, Its Attorney

Kamm & Shapiro, Ltd.
318 West Adams Street
Suite 1700
Chicago, Illinois 60606
(312) 726-9777
ARDC No. 02565994

### CERTIFICATE OF SERVICE

I, Jerold J. Shapiro, the attorney certify that I served this notice by mailing a copy to the parties listed on the attached Service List at their respective addresses by depositing the same in the U.S. mail at 318 West Adams Street, Chicago, Illinois 60606 at or before 5:00 p.m. on April 4, 2006, with proper postage prepaid.

_____
Attorney

04/04/2006 14:09   3127269550                    KAMM & SHAPIRO LTD.                                    PAGE 02

## SERVICE LIST

John Gunartt
414 South Scoville
Oak Park, Illinois 60602

United States Trustee
Office of the United States Trustee
227 West Monroe Street
Suite 3350
Chicago, Illinois 60606

Norman Newman
Much, Shelist, Freed, Denenburg, Ament & Rubenstein
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606

William S. Hackney
Much, Shelist, Freed, Denenburg, Ament & Rubenstein
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOHN GUNARTT, | ) |
| | ) Case No. 06-cv-00273 |
| Appellant, | ) |
| | ) Honorable Judge Matthew F. Kennelly |
| vs. | ) Courtroom 2103 |
| | ) |
| FIFTH THIRD BANK, | ) |
| | ) |
| Appellee, | ) |

### RESPONSE TO MOTION TO DISMISS CURRENT AND ONGOING PROCEEDINGS OF FIFTH THIRD BANK

Fifth Third Bank for its response to the Motion of John Gunartt to Dismiss the Current and Ongoing Proceedings of Fifth Third Bank states as follows:

1. Fifth Third Bank has no proceedings pending before the District Court other than its opposition to the bankrupt's appeal from the order of the bankruptcy court converting the Chapter 11 to a Chapter 7. Fifth Third Bank has nothing pending in the Bankruptcy Court other than its filed claim. The filed claim is and has not been the subject of any proceeding in the Bankruptcy Court and is not involved in the current appeal.

2. Although the bankrupt's assertion of facts and unsupported conclusions are hopelessly inaccurate at best and are unsupported conclusions at worst, Fifth Third Bank is not responding to them for the simple reason that there are no current and ongoing proceedings to dismiss.

WHEREFORE, Fifth Third Bank prays that the Motion of John Gunartt to Dismiss the Current and Ongoing Proceedings of Fifth Third Bank be denied and that it have such other relief as is just and proper.

FIFTH THIRD BANK

By: _____
Jerold J. Shapiro, Its Attorney

Kamm & Shapiro, Ltd.
318 West Adams Street-Suite 1700
Chicago, Illinois 60606
(312) 726-9777
ARDC No. 02565994